UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 30951
    WALDEMAR R JANUS
    ANNA JANUS                            CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

          Debtor
    SSN XXX-XX-0974    SSN XXX-XX-3229
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/19/04 and confirmed on 12/13/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  64804.00 .

     4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | CURRENT MORTG | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | 4626.56 | .00 | 4626.56 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| MITSUBISHI MOTOR CRED OF | SECURED VEHIC | 21300.00 | 2158.95 | 21300.00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 12732.01 | 1337.72 | 12732.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11131.28 | .00 | 1370.60 |
| ECAST SETTLEMENT CORP | UNSECURED | 3680.06 | .00 | 453.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8848.14 | .00 | 1089.48 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9797.34 | .00 | 1206.36 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7008.14 | .00 | 862.92 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4811.85 | .00 | 592.49 |
| DISCOVER BANK | UNSECURED | 8502.80 | .00 | 1046.96 |
| DISCOVER BANK | UNSECURED | 6917.75 | .00 | 851.79 |
| KOHLS | UNSECURED | 224.13 | .00 | 27.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14624.88 | .00 | 1800.77 |
| NATIONAL EDUCATION SERVI | UNSECURED | 4172.83 | .00 | 513.80 |
| JP MORGAN CHASE BANK | SECURED | 420.63 | .00 | 420.63 |
| SALLIE MAE GUARANTEE SVC | UNSECURED | 7678.66 | .00 | 945.48 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 21634.74 | .00 | 2663.91 |
| EDUCAID | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LOYOLA UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 25686.96 | .00 | 3162.86 |
| MITSUBISHI MOTOR CRED OF | UNSECURED | 12102.27 | .00 | 1490.16 |

                Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED       39079.20        .00   146821.83        .00   185901.03
PRINCIPAL PAID           39079.20        .00    18078.31        .00    57157.51
INTEREST PAID             3496.67        .00         .00        .00     3496.67
TOTAL PAID               42575.87        .00    18078.31        .00    60654.18
```

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $    2200.00
and was paid $    724.00  direct and $   1476.00   through the plan.

The Trustee received $    2669.82 .

Refunds to the Debtor totaled $       4.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/11/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE